FRANK TEVELOVICH, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.— As the motion made by appellant for a new trial upon the ground of newly-discovered evidence, surprise and fraud, is granted by a decision handed down simultaneously herewith [*post*, p. 885], this appeal is dismissed, without costs. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FRANK TEVELOVICH, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.— Order reversed upon the law and the facts, and motion granted, costs to abide the event. We are of opinion that the plaintiff's error in the name of the steamship upon which the accident involved in this action occurred was an excusable error, and that misleading testimony introduced by the defendant tended to prevent the plaintiff from discovering the error. There has been no trial of the real issue between the parties. In the interest of justice that issue should be tried upon the merits. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ELIAS WILKENFELD and Another, Copartners, etc., Respondents, v. THE EBLING BOTTLING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.